

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00120-CR

| | | |
|---|---|---|
| STANLEY LAROY FORD JR., Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1662965) |
| V. | § | February 29, 2024 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker